IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEDRIC JAMAR DEAN, # 197053, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:17cv766-WHA |
| ) | |
| PHYLLIS J. BILLUPS, *et al.,* ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On February 2, 2018, the Magistrate Judge filed a Recommendation (Doc. # 17) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 17) is ADOPTED;

(2) This action is DISMISSED without prejudice because Petitioner has failed to exhaust state court remedies.

A separate final judgment will be entered.

DONE this 2nd day of March, 2018.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE